Emily A. Bolt (State Bar No. 253109)
James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No. 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No.: 4 ~~3~~:25-cv-5808 <br><br> **[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO PROCEED UNDER A PSEUDONYM** |

The Court, having considered Plaintiff's submission, hereby GRANTS Plaintiff's motion for administrative relief to proceed under a pseudonym. The Clerk is directed to issue the summons.

IT IS SO ORDERED.

Dated: __July 18, 2025__

_____
United States District Judge

CASE NO. 4 ~~3~~:25-CV-5808                                    [PROPOSED] ORDER